**UNITED STATES DISTRICT COURT**
**DISTRICT OF NORTH DAKOTA**

| | | |
|---|---|---|
| Lauren Nicole Knecht,<br><br>Plaintiff,<br><br>v.<br><br>Trans Union LLC,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Judge Peter D Welte<br>Magistrate Judge Alice Senechal<br><br>CASE NO. 3:24-cv-00035-PDW-ARS<br><br>**NOTICE OF SETTLEMENT WITH TRANS UNION, LLC** |

**PLEASE BE ADVISED** that the above-named Plaintiff and Defendant Trans Union, LLC., have settled all asserted claims between them. The Plaintiff will file a Stipulation of Dismissal as soon as the settlement documents have been executed, which the Plaintiff anticipates will take approximately two weeks.

Dated: March 12, 2024

**MINNDAK LAW**

/s/Catrina Smith
Catrina Smith (#09895)
625 Main Ave, Suite 152
Moorhead, MN 56560
701.840.6993
csmith@minndaklaw.com
ATTORNEY FOR PLAINTIFF